(62 Misc. Rep. 442.)

### In re TAYLOR.

(Surrogate's Court, Kings County. February, 1909.)

JUDGES (§ 32*)—EXPIRATION OF TERM—POWERS OF SUCCESSOR.

> Where the term of a surrogate has expired after he has made a decision in the matter of the judicial settlement of an executor's accounts, but before the findings and the decree are completed, his successor may, under Code Civ. Proc. § 2481, subds. 8, 9, sign the findings and make the decree.

> [Ed. Note.—For other cases, see Judges, Cent. Dig. § 159; Dec. Dig. § 32.*]

In the matter of the settlement of the accounts of James Taylor as executor. Motion to vacate decree denied.

James E. Delaney, for executor.
Henry Herrold, for Marie Kennerer.

KETCHAM, S. This is a motion to vacate a decree on the ground that the surrogate had no power to make the same or the findings upon which it was based.

The former surrogate, after a trial, rendered a decision, and, when his term of office expired, had not made proposed findings and decree, which were presented by one of the parties for his signature. These findings and decree were left uncompleted and unsigned when the surrogate's term of office expired, and have since been signed by his successor. The act sought to be vacated was required of the present surrogate by section 2481, subds. 8, 9, of the Code of Civil Procedure, and the motion must be denied.

Motion denied.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes